# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DAN TARTAGLIA,

    Plaintiff,

-vs-                                      Case No. 6:09-cv-591-Orl-28DAB

BIG APPLE CONSULTING USA, INC.,

    Defendant.

## ORDER

This case is before the Court on Plaintiff's Motion for Attorney's Fees, Costs and Expenses (Doc. No. 79) filed June 21, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and consideration of Defendant's Objection to the Report and Recommendation, the Objection is overruled. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 22, 2011 (Doc. No. 92) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Attorney's Fees, Costs and Expenses (Doc. No. 79) is **GRANTED in part** and **DENIED in part.**

3. Plaintiff is awarded $43,821.60 in fees.

4. Plaintiff's Motion for Costs is **DENIED without prejudice**. Plaintiff may file a bill of costs on the appropriate form with supporting documentation within seven (7) days from the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 2nd day of January, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party